UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOHYUDDIA,<br><br>　　　　Defendant. | No. 2:17-cv-2405-MCE-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed August 22, 2018, (ECF No. 12) are
　　　　ADOPTED in full;

1

2. Plaintiff's claims against defendants Malakkla and Lewis are DISMISSED without prejudice; and

3. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE